PEARL JEFFE, Appellant, v. EPHRAIM F. JEFFE, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JACOB KATZ, Respondent, v. FANNIE KATZ, Appellant.— Interlocutory judgment affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young and Kapper, JJ., concur; Hagarty, J., dissents.

MARY E. KELLY, Substituted Plaintiff for BARNEY ZINICK, Appellant, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC., and Others, Respondents, and CLINTON HALL REALTY CORPORATION, Appellant.— Order confirming report of official referee and directing city chamberlain to pay moneys on deposit unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

EDWARD KEMP, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Young, Hagarty and Seeger, JJ., concur; Lazansky, P. J., and Carswell, J., concur on authority of Castro v. New York Railways Corporation (224 App. Div. 623), decided December 10, 1928, without a change in their views therein expressed.

CHARLES T. KNAPP, Respondent, v. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Appellant.— Order appointing commissioners affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

DOMENICO LUPO, Respondent, v. TONY POLLIO, Also Known as TONI POLLIO, Also Known as ANTONIO POLLIO, and Others, Defendants, and LOESCH-GANZ REALTY CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

GRACE McELROY, Respondent, v. BAY RIDGE HUDSON AND ESSEX COMPANY, Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.